UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

- against -

**12-cr-868-NRB**
**ORDER EXONERATING**
**BAIL**

PETER J. RICCIO,

                Defendant.

-------------------------------------------------------------------x

IT APPEARING THAT the defendant was charged under a Felony Indictment with committing the offenses of 21 U.S.C. 846; 18 U.S.C. 371; 21 U.S.C. 331; 18 U.S.C. 1349 and 18 U.S.C. 1956; and

IT FURTHER APPEARING THAT bond was fixed in the amount of a $500,000 and secured by the defendant's residence, located at 17 Casale Drive, Warren, New Jersey 07059; and

IT FURTHER APPEARING THAT the bond was recorded with the Somerset County Clerk's Office, located at 20 Grove Street, P.O. Box 3000, Somerville, New Jersey 08876-1262 in Book OPR 6582, Page 919-925, under instrument number 2012066643;

IT FURTHER APPEARING THAT the defendant was sentenced by this Court on June 20, 2014.

Upon this application of the defendant's attorney and with the consent of the United States Attorney, and

IT FURTHER APPEARING THAT all proceedings relating to the aforesaid indictment have been terminated, including the payment of the Court-imposed special assessment on June 16, 2014,

NOW, upon motion of Robert G. Stahl, Esq., attorney for the defendant, it is on this _9th_ day of _March_ 2020, ORDERED AND ADJUDGED that Record of Agreement Deed dated November 29, 2012 and recorded in the Somerset County Clerk's Office at Book 6582, Page 919-925, Instrument No. 2012066643 on December 5, 2012 is satisfied, released, and cancelled.

The Somerset county clerk or register of deeds and mortgages is directed to discharge and cancel of record the Agreement Deed, and shall enter on the margin of the record or registry of the agreement deeds, and opposite thereto the words "canceled by judgment."

HONORABLE NAOMI REICE BUCHWALD
U.S. DISTRICT JUDGE